PEOPLE V ARMOR TURNER, No. 138088. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 287272.

---

HATHAWAY, J. (*not participating*). I recuse myself and will not participate in this case as I was the presiding trial judge. See MCR 2.003(B).